# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

| | | |
|---|---|---|
| PETERBILT OF WISCONSIN, INC., and WAUSAU TRUCK CENTER, INC. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:25-cv-01899 |
| v. | ) ) | |
| PACCAR INC., | ) ) | |
| Defendant. | ) ) | |

## DEFENDANT PACCAR INC.'S NOTICE OF REMOVAL

Defendant PACCAR Inc. ("PACCAR"), pursuant to 28 U.S.C. §§ 1441 and 1446, removes this action from the Waukesha County Circuit Court, State of Wisconsin, to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division, and states the following in support:

## State Court Action

1. On November 7, 2025, Plaintiffs Peterbilt of Wisconsin, Inc. and Wausau Truck Center, Inc. (collectively, "Plaintiffs") filed a complaint against PACCAR (the "Complaint") in the Waukesha County Circuit Court, State of Wisconsin, captioned *Peterbilt of Wisconsin, Inc. v. PACCAR, Inc.*, Case No. 2025CV002156 (the "State Court Action").

2. Copies of all pleadings received by PACCAR in the State Court Action are attached as Exhibit 1, and include the Complaint, a Summons, and an Electronic Filing Notice.

3. PACCAR is the only defendant in the State Court Action.

4. Plaintiffs' Summons and Complaint were served on PACCAR on November 13, 2025.

## Grounds for Removal

5.      PACCAR removes this action to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division, under the provisions of 28 U.S.C. § 1441(a), on the grounds that this Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), there being diversity of citizenship between Plaintiffs and Defendant PACCAR, and the amount in controversy exceeding $75,000.00.

6.      Because Plaintiffs' citizenship is completely diverse from the citizenship of the PACCAR, and because the amount in controversy exceeds $75,000.00, this Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1).

7.      This Notice of Removal has been timely filed within thirty days of receipt by defendant PACCAR of a copy of the Complaint and Summons. *See* 28 U.S.C. § 1446(b)(1).

8.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being forwarded to counsel for Plaintiffs, Timothy J. Andringa, and this Notice of Removal will be filed with the Clerk of the Waukesha County Circuit Court.

9.      A civil cover sheet and a Rule 7.1 disclosure statement are being filed contemporaneously herewith. *See* E.D. Wis. Civil L. R. 3(a) and 7.1(b)(1).

## Citizenship of the Parties

10.      In the following discussion, the statements as to the citizenship of each party, entity, and individual includes such citizenship on the date of this Notice of Removal and at the time the State Court Action was brought.

11.      PACCAR is a Delaware corporation with its principal place of business in Bellevue, Washington. PACCAR is a citizen of Delaware and Washington. (Ex. 1, Compl. ¶ 4.)

12. Plaintiff Peterbilt of Wisconsin, Inc. is a Wisconsin corporation with its principal place of business in Hartland, Wisconsin. Peterbilt of Wisconsin, Inc. is a citizen of Wisconsin. (*Id.* ¶ 1.)

13. Plaintiff Wausau Truck Center, Inc. is a Wisconsin corporation with its principal place of business in Kronenwetter, Wisconsin. Wausau Truck Center, Inc. is a citizen of Wisconsin. (*Id.* ¶ 2.)

14. Accordingly, this action is, as of both the time the State Court Action was brought and as of the instant Notice of Removal, between citizens of different states under 28 U.S.C. § 1332(a)(1).

## Amount in Controversy

15. On the face of the Complaint, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

16. The amount in controversy generally is determined based on the sum demanded in good faith in the complaint. 28 U.S.C. § 1446(c)(2). In their Complaint in the State Court Action, Plaintiffs state that they seek an award of pecuniary damages of at least $3,064,457.78, plus treble damages and attorneys' fees. (Ex. 1, Compl., Prayer for Relief, ¶ 2.)

17. Thus, pursuant to Plaintiffs' allegations, the amount of pecuniary damages at issue exceeds $3 million, an amount that, by itself, exceeds the amount in controversy threshold of $75,000.00 in 28 U.S.C. § 1332(a). Plaintiffs' request for treble damages and attorneys' fees, pursuant to Wisconsin Statutes Section 218.0163(1m), adds further to the amount in controversy in this matter.

18. Therefore, for the reasons discussed above, the Complaint states on its face that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

## Non-Waiver of Defenses

19.     By filing this Notice of Removal, PACCAR expressly reserves, and does not waive, any and all defenses PACCAR has or may have to Plaintiffs' alleged causes of action asserted in the Complaint, and PACCAR does not concede any of the allegations in Plaintiffs' Complaint.

WHEREFORE, Defendant PACCAR Inc. removes the above-captioned action from the Waukesha County Circuit Court and requests that further proceedings be conducted in this Court as provided by law.

Dated: December 3, 2025                    Respectfully submitted,

By: /s/ Louis S. Chronowski

Louis S. Chronowski
BARACK FERRAZZANO
 KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100
(312) 984-3150 (facsimile)
louis.chronowski@bfkn.com

**Attorneys for Defendant PACCAR Inc.**

4

## CERTIFICATE OF SERVICE

        The undersigned, an attorney, hereby certifies that on December 3, 2025 a true and correct copy of the foregoing Notice of Removal was transmitted via e-mail and U.S. mail to the following:

Timothy J. Andringa (tja@cmlawgroup.com)
CRAMER MULTHAUF LLP
1601 East Racine Avenue, Suite 200
P.O. Box 558
Waukesha, WI 53187
Tel: (262) 542-4278


/s/ Louis S. Chronowski